No. 195. Gómez *v.* Capó et al.—Apelación procedente de la Corte de Distrito de San Juan. Moción para que se desestime la apelación. Resuelto en octubre 8, 1907. Desestimada la apelación por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil y 50 y 54 del Reglamento del Tribunal Supremo. Abogado del promovente: *Sr. Bosch.* Abogado de la parte contraria: *Sr. Texidor.*

---

No. 31. Pérez *v.* El Juez de Paz de Comerío.—Solicitud para que se expida auto de *certiorari.* Resuelto en octubre 10, 1907. Denegada la solicitud . Abogado del peticionario: *Sr. José de Guzmán Benítez.*

---

No. 160. Pérez *v.* Eugui & Co.—Apelación procedente de la Corte de Distrito de San Juan. Moción para que se desestime la apelación. Resuelto en octubre 10, 1907. Desestimada la apelación por incumplimiento del artículo 54 del Reglamento de este tribunal. Abogados del promovente: *Sres. Eduardo Acuña y Palacios Rodríguez.* Abogado de la parte contraria: *Sr. López Landrón.*

---

No. 141. Ramos *v.* Orcasitas et al.—Apelación procedente de la Corte de Distrito de San Juan. Moción para que se desestime la apelación. Resuelto en octubre 15, 1907. Sin lugar la moción. Abogado del promovente: *Sr. Manuel F. Rossy.* Abogados de la parte contraria: *Sres. Cuevillas y Méndez.*